# MINUTE ENTRY

**Docket & File**

JOAN M. AZRACK, USMJ             DATE: 10/26/09

DOCKET: CV-00-3010 (ERK)         CASE: <u>USA ex rel KAPLAN v. METRO AMBULANCE et al.</u>

---

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____

Oral motion for _____ by _____

---

☐ TELEPHONE           ☒ IN-PERSON

**CIVIL CAUSE FOR:**

☐ INITIAL CONF.   ☒ STATUS CONF.   ☐ SETTLEMENT CONF.   ☐ DISCOVERY CONF.

☐ OTHER: _____

Time in court: ☐ 15   ☐ 30   ☐ 45   ☐ 60   ☒ Other: 90 min

FOR PLAINTIFF: Sara McLean; Edward Newman (gov't); Phillip Michael (Relators)

FOR DEFENDANT: Ben Vernia; Jay Safer; David Rabbuck (Defs)

☒ *Docket Clerks are directed to enter the following Discovery Order(s):*

- Settlement conf held
- Settl. under consideration. Counsel to notify chambers re resolution

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*

☐ Next conference on _____   ☐ Telephone   ☐ In-Person

☐ Pre-Trial Order by _____