MINUTE ENTRY

**Docket & File**

JOAN M. AZRACK, USMJ  DATE: 11/19/09

DOCKET: CV-00-3010 (ERK)  CASE: USA ex rel KAPLAN v. METRO AMBULANCE et al.

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____
Oral motion for _____ by _____

☑ TELEPHONE        ☐ IN-PERSON

12/7 noon

**CIVIL CAUSE FOR:**
☐ INITIAL CONF.   ☐ STATUS CONF.   ☑ SETTLEMENT CONF.   ☐ DISCOVERY CONF.
☐ OTHER: _____

Time in court: ☑ 15   ☐ 30   ☐ 45   ☐ 60   ☐ Other: _____

FOR PLAINTIFF: Sarah McLian

FOR DEFENDANT: Ben Viknia; ~~Jay Safer~~

☑ *Docket Clerks are directed to enter the following ~~Discovery~~ Order(s):*

Telep conf re sett
12/7/09 noon

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*
☐ Next conference on 12/7/09 noon  ☑ Telephone   ☐ In-Person
☐ Pre-Trial Order by _____