UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA, ex rel.         :
LARRY KAPLAN,                              :    CV-00-3010
                                           :
               Plaintiff,             :
                                           :    (Korman, Ch. J.)
     vs.                                   :    (Azrack, M.J.)
                                           :
METROPOLITAN AMBULANCE &                   :    ECF Case
FIRST-AID CORP. (NOW KNOWN AS              :
SEZ METRO CORP.); METRO NORTH              :
AMBULANCE CORP. (NOW KNOWN                 :
AS SEZ NORTH CORP.); BIG APPLE             :
AMBULANCE SERVICE, INC.                    :
(FORMERLY DBA UNITED AMBULANCE);           :
and STEVEN ZAKHEIM,                        :
                                           :
               Defendants.            :
----------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for ex rel. Larry Kaplan, in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Date:  New York, New York
         January 15, 2010

                                                Respectfully submitted,

                                                Charles P. Greenman, Esq.
                                                Troutman Sanders LLP
                                                The Chrysler Building
                                                405 Lexington Avenue
                                                New York, New York 10174
                                                Phone: (212) 704-6000
                                                charles.greenman@troutmansanders.com

NEWYORK01 1185936v1 034924-000001
1385365v1